No. A–967. CENTRAL SOUTH CAROLINA CHAPTER, SOCIETY OF PROFESSIONAL JOURNALISTS, SIGMA DELTA CHI, ET AL. *v.* MARTIN, CHIEF JUDGE, U. S. DISTRICT COURT, ET AL. Application for stay of execution and enforcement of paragraphs one through four of order entered by the United States District Court for the District of South Carolina on May 31, 1976, in *United States* v. *Gasque,* presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant application.

No. 76–6314. OWENS *v.* MEANOR, U. S. DISTRICT JUDGE, ET AL. Motion for leave to file petition for writ of mandamus denied.

No. 76–1137. FULMAN ET AL., TRUSTEES *v.* UNITED STATES. C. A. 1st Cir. Certiorari granted.

No. 76–1359. BANKERS TRUST CO. *v.* MALLIS ET AL. C. A. 2d Cir. Certiorari granted.

No. 76–1234. HARRIS, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, ET AL. *v.* ROSS ET AL. C. A. 4th Cir.; and

No. 76–1261. HARRIS, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, ET AL. *v.* ABRAMS ET AL. C. A. 9th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.

No. 76–1310. HOUCHINS, SHERIFF *v.* KQED, INC., ET AL. C. A. 9th Cir. Certiorari granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.